Candace Carponter (CC-6719)
The Law Firm of Candace C. Carponter, P.C.
31 Smith Street, Second Floor
Brooklyn, NY  11201
Tel: 212-367-9600
ccarponter@carponterlaw.com
Attorneys for Defendants,
FIA 164TH ST Holdings LLC a/k/a
FIA 164TH Holdings LLC
and Mark Schwartz

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:

440 WEST 164th STREET HOUSING
DEVELOPMENT FUND CORPORATION

                Debtor.

Chapter 11
Case No. 15-20003 (RDD)

---

LOTHAR KROLL, INNA KHITERER, ANDREAS
KROLL, and SERGEI LEONTEV, individually and
derivatively as shareholders of 440 WEST 164TH
STREET HDFC,

                Plaintiffs,

-against-

S440 WEST 164th STREET HDFC; FIA 164TH ST
HOLDINGS LLC a/k/a FIA 164TH HOLDINGS LLC;
SAC 492071714, LLC; MARK SCHWARTZ; DAVID
GOLDWASSER; RIVERSIDE ABSTRACT, LLC;
CITY OF NEW YORK,

                Defendants.

Adv. Proc. No. 15-08277 (RDD)

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Defendants FIA 164TH ST Holdings LLC a/k/a FIA 164TH

Holdings LLC and Mark Schwartz, hereby appears in the within proceeding by their attorney,

THE LAW FIRM OF CANDACE C. CARPONTER, P.C., who demands that you serve all papers upon the undersigned at the address stated below.

Dated: June 18, 2015
      Brooklyn, New York

                              Yours, etc.,

                              THE LAW FIRM OF CANDACE C. CARPONTER, P.C.
                              Attorneys for Defendants,
                              FIA 164TH ST Holdings LLC a/k/a FIA 164TH Holdings LLC
                              and Mark Schwartz
                              By: Candace Carponter (CC6719)
                              31 Smith Street, Second Floor
                              Brooklyn, NY  11201
                              212-367-9600